UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.  1:26-cv-21698-LEIBOWITZ

**DAVID ESCALANTE BARRETO,**
*Plaintiff,*
v.

**U.S. DEPARTMENT OF HOMELAND
SECURITY,** *et al.,*
*Defendants.*

_____/

## ORDER OF DISMISSAL

**THIS CAUSE** is before the Court upon Plaintiff's Notice of Voluntary Dismissal,
dismissing all claims against Defendants without prejudice.  [ECF No. 18 at 1].  Being fully advised,
it is hereby **ORDERED AND ADJUDGED** that this action is **DISMISSED** *without prejudice.*
The *Clerk of Court* is *directed* to **CLOSE** this case.  All pending deadlines are **TERMINATED**,
and any pending motions are **DENIED** as moot.

**DONE AND ORDERED** in the Southern District of Florida on June 23, 2026.

_____
DAVID S. LEIBOWITZ
UNITED STATES DISTRICT JUDGE

cc:      counsel of record